Robert L. Rosenthal, Esq.
Nevada Bar No. 6476
John J. Savage, Esq.
Nevada Bar No. 11455
**HOWARD & HOWARD ATTORNEYS PLLC**
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Phone: 702.257.1483
Fax: 702.567.1568
Email: rlr@h2law.com
jjs@h2law.com

*Attorneys for Defendant Rubus Management, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE DECOLLIBUS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RUBUS MANAGEMENT, LLC; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11 – 20; inclusive,<br><br>Defendants. | Case No.<br><br>**NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT** |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Rubus Management, LLC, hereby notifies the Court of the removal of *Danielle Decollibus v. Rubus Management, LLC*, Case No. A-23-875823-C, which was filed in the Eighth Judicial District Court in Clark County, Nevada. This removal is based upon federal question jurisdiction, because this action arises out of the Fair Labor Standards Act (29 U.S.C. § 203 et seq.) and is timely filed. In support of said removal, Defendant states as follows:

1. On August 14, 2023, Plaintiff filed a Complaint in the Eighth Judicial District Court of Clark County, Nevada, entitled *Danielle Decollibus v. Rubus Management, LLC*. A copy of the Complaint is attached hereto as Exhibit A.

2. On August 30, 2023, Defendant was served with a copy of the Complaint.

3. A Summons has issued by the State Court, but the Affidavit of Service has not yet

been filed. A copy of the Summons is attached hereto as Exhibit B.

4.  This Notice of Removal is being filed within thirty (30) days of receipt of service and is timely under 28 U.S.C. § 1446(b).

5.  This Court has original jurisdiction pursuant to 28 U.S.C. § 1331, federal question jurisdiction, in that Plaintiff's first claim for relief in her Complaint is styled as a collective action pursuant to Fair Labor Standards Act 29 U.S.C. § 216(b), due to Defendant's alleged confiscation of Plaintiff's tips, in violation of 29 U.S.C. § 203(m), 29 C.F.R. §§ 531.52 and 531.54.

6.  Furthermore, because Plaintiff's state law conversion and unjust enrichment claims are premised on the same factual allegations as the FLSA claim, supplemental jurisdiction under 28 U.S.C. § 1367(a) is proper as the claims are "so related to claims in the action within such original jurisdiction that they form part of the same case or controversy."

7.  Defendant will also concurrently file a copy of this Notice of Removal in the State District Court.

8.  This Notice of Removal of Action is executed under Rule 11 of the Federal Rules of Civil Procedure.

Dated: September 29, 2023

Howard & Howard Attorneys PLLC

By: /s/ Robert Rosenthal
Robert L. Rosenthal, Esq.
Robert W. Hernquist, Esq.
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
*Attorneys for Defendant Rubus Management*

## CERTIFICATE OF SERVICE

I hereby certify that I am employed in the County of Clark, State of Nevada, am over the age of 18 years and not a party to this action. My business address is Howard & Howard Attorneys PLLC, 3800 Howard Hughes Parkway, Suite 1000, Las Vegas, Nevada 89169.

On this day, I served **NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT,** in this action or proceeding electronically with the Clerk of the Court via the CM/ECF System which will cause this document to be served upon the following counsel of record:

Christian Gabroy, Esq.
Kaine Messer, Esq.
GABROY MESSER
170 South Green Valley Parkway
Suite 280
Las Vegas, NV 89102
christian@gabroy.com
kmesser@gabroy.com

*Attorneys for Plaintiff*

I certify under penalty of perjury that the foregoing is true and correct, and that I executed this Certificate of Service on the 29th day of September, 2023 at Las Vegas, Nevada.

/s/ *Barbara Dunn*
An employee of HOWARD & HOWARD ATTORNEYS PLLC

3