UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DANIELLE DECOLLIBUS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RUBUS MANAGEMENT, LLC; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01552-ART-EJY<br><br>**ORDER** |

Pending before the Court is the Renewed Motion to Withdraw as Counsel for Defendant Rubus Management, LLC filed by Howard & Howard on January 30, 2024. ECF No. 16. No response to the Motion was filed.

Howard & Howard establishes good cause for their Motion under Nevada Rule of Professional Conduct 1.16(b), Nevada Supreme Court Rule 46, and Local Rule IA 11-6(b). Specifically, Howard & Howard explains that Defendant's balance has remained unpaid for more than 120 days. Further, there is an ongoing dispute between Defendant and counsel regarding financing of the representation. The Court notes there are no hearings scheduled in this matter and a trial date has not been set. The Court finds there will be no prejudice suffered by Defendant if Howard & Howard are allowed to withdraw.

Accordingly, IT IS HEREBY ORDERED that the Renewed Motion to Withdraw as Counsel (ECF No. 16) is GRANTED.

IT IS FURTHER ORDERED that all discovery is stayed for a period of thirty (30) days measured from the date of this Order (the "Stay Period") to allow Defendant an opportunity to retain new counsel. No deposition may be noticed and no written discovery may be propounded during the Stay Period.

IT IS FURTHER ORDERED that the due date for any responses to written discovery requests propounded before the date of this Order is tolled. Responses, if any, shall be re-calendared as due fourteen (14) days after the Stay Period ends.

IT IS FURTHER ORDERED that discovery shall automatically reopen for all purposes on the thirty-first (31st) day following the date of this Order.

Dated this 14th day of February, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE