1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DANIELLE DECOLLIBUS, individually and on behalf of all others similarly situated,

              Plaintiff,

     v.

RUBUS MANAGEMENT, LLC; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,

              Defendants.

Case No. 2:23-cv-01552-ART-EJY

ORDER

14
15
16
17
18
19
20
21
22
23
24
25
26

     This Court granted defense counsel's motion to withdraw on January 30, 2024, and stayed discovery for thirty days to allow Defendant to find new counsel (ECF No. 17), but none has appeared. Defendant is warned that "[c]orporations and other unincorporated associations must appear in court through an attorney." *D-Beam Ltd. Partnership v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973-74 (9th Cir. 2004)(citing *Licht v. Am. W. Airlines (In re Am. W. Airlines*), 40 F.3d 1058, 1059 (9th Cir. 1994)). An action against an unrepresented corporate defendant can result in entry of default judgment for failure to defend. *See* LR 77-1(b)(2)("The clerk must: . . . (2) Enter default for failure to plead or otherwise defend under Fed. R. Civ. P. 55(a)"); Fed. R. Civ. P. 55(a)("When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.").

27
28

//

//

1

It is ordered that Defendant's counsel enter an appearance no later than August 23rd, 2024.

DATED THIS 15th day of August, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE