AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Danielle Decollibus,

                Plaintiff,

v.

Rubus Management, LLC,

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-01552-ART-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered for Plaintiff and against Defendant as to Plaintiff's claim under 29 U.S.C. § 203, in the amount of $292.81. The Court awards Plaintiff attorneys' fees of $2,575 and costs of $616.90, for a total of $3,191.90.

01/22/2025
Date

DEBRA K. KEMPI
Clerk

RJDG
Deputy Clerk